# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Casimiro Venegas,

    Petitioner

v.

Warden Williams, *et al.*,

    Respondents

Case No.: 2:23-cv-00298-JAD-BNW

**Order Denying Application to Proceed *In Forma Pauperis* and Motion for Appointment of Counsel**

[ECF Nos. 9, 10]

In his *pro se* 28 U.S.C. § 2254 petition for writ of habeas corpus, Casimiro Venegas challenges his Clark County, Nevada convictions on 13 counts including attempted murder, robbery, and battery with use of a deadly weapon,[1] all stemming from the robbery of a 7-Eleven store in Las Vegas and, shortly after, the robbery and beating of a man in his home.[2] The state district court sentenced Venegas to 22–55 years.[3]

Though Venegas applies to proceed *in forma pauperis*, he paid the filing fee, so I deny his application as moot.[4] He also moves for the court to appointment him a free attorney to handle his case.[5] There is no constitutional right to appointed counsel for a federal habeas corpus proceeding.[6] An indigent petitioner may request appointed counsel to pursue that relief.[7]

---

[1] ECF No. 7; Eighth Judicial District Court Case No. C-16-313118-1.

[2] *See, e.g.*, ECF No. 11 at 1-2.

[3] ECF No. 7 at 2.

[4] ECF No. 9; *see also* ECF No. 3.

[5] ECF No. 10.

[6] *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Luna v. Kernan*, 784 F.3d 640, 642 (9th Cir. 2015) (citing *Lawrence v. Florida*, 549 U.S. 327, 336–37 (2007)).

[7] 18 U.S.C. § 3006A(a)(2)(B).

The decision to appoint counsel is generally discretionary.[8]  However, counsel must be appointed if the complexities of the case are such that denial of counsel would amount to a denial of due process, and where the petitioner is a person of such limited education as to be incapable of fairly presenting his claims.[9]  I find that while Venegas is serving a lengthy sentence, he sets forth his claims clearly and they do not appear to be particularly complex.  So I deny the motion for counsel.

IT IS THEREFORE ORDERED that petitioner's application to proceed *in forma pauperis* **(ECF No. 9) is DENIED as moot**.

IT IS FURTHER ORDERED that petitioner's motion for appointment of counsel **(ECF No. 10) is DENIED.**

The court notes that the respondents have moved to dismiss Venegas's habeas claims as duplicative, conclusory, and not cognizable in federal habeas.  ECF No. 11.  IT IS FURTHER ORDERED that **petitioner must file his response (if any) to that motion to dismiss (ECF No. 11) by September 15, 2023**.

                                                _____
                                                U.S. District Judge Jennifer A. Dorsey
                                                              August 1, 2023

---

[8] *Id*. (authorizing appointed counsel when "the interests of justice so require").

[9] *LaMere v. Risley*, 827 F.2d 622, 626 (9th Cir. 1987); *Brown v. United States*, 623 F.2d 54, 61 (9th Cir. 1980).