# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Casimiro Venegas,

    Petitioner

v.

Warden Williams, *et al.*,

    Respondents

Case No.: 2:23-cv-00298-JAD-BNW

**Order Granting Extension of Time to Reply to Answer to June 10, 2024**

[ECF No. 22]

    Casimiro Venegas asks the court for an extension of time to file a reply to respondents' answer to the remaining claims in his *pro se* 28 U.S.C. § 2254 habeas corpus petition.[1] I find good cause to grant an extension, but not the 60-day extension Venegas seeks. I grant a 45-day extension. If Venegas finds that 45 days is insufficient, he can file another motion for extension for my consideration.

    IT IS THEREFORE ORDERED that petitioner's motion for extension of time to file a reply to the answer to the petition **[ECF No. 22] is GRANTED in part and DENIED in part. The deadline to file the reply is extended to June 10, 2024.**

                                                  _____
                                                  U.S. District Judge Jennifer A. Dorsey
                                                                  April 24, 2024

---

[1] ECF No. 22.