**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Casimiro Venegas,

    Petitioner

v.

Warden Williams, *et al.*,

    Respondents

Case No.: 2:23-cv-00298-JAD-BNW

**Order Granting Extension of Time to Reply to Answer to July 20, 2024**

[ECF Nos. 24, 25]

    Casimiro Venegas asks the court for an extension of time to file a reply to respondents' answer to the remaining claims in his *pro se* 28 U.S.C. § 2254 habeas corpus petition.[1] Venegas states that "sometimes" the High Desert State Prison ("HDSP") law library has to cancel appointments and that the prison is frequently under lockdown, both of which hinder his ability to timely complete his reply. Respondents disagree that access to the law library and the process to obtain law library materials are inadequate at HDSP. They attach as exhibits the declaration of the HDSP law librarian and the law-library appointment schedule, which reflect that Venegas made 52 appointments, HDSP canceled and rescheduled 4 of them, and Venegas did not show up for 7. However, respondents also indicate that they do not oppose the extension of time, so I grant the reasonable extension.

---

[1] He titles the motion as a motion for extension of time to seek legal counsel and to file the reply, and it is docketed as two motions at ECF Nos. 24, 25.

IT IS THEREFORE ORDERED that petitioner's second unopposed motion for extension of time to file a reply to the answer **[ECF Nos. 24 and 25] is GRANTED**, **extending the deadline to file the reply to July 20, 2024.**

IT IS FURTHER ORDERED that petitioner's motion to clarify an error **[ECF No. 27] is DENIED** as moot.

_____
U.S. District Judge Jennifer A. Dorsey
May 20, 2024