UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Casimiro Venegas, | Case No.: 2:23-cv-00298-JAD-BNW |
| Petitioner | |
| v. | **Order Granting Extension of Time to Reply to Answer to November 25, 2024** |
| Warden Williams, *et al.*, | [ECF No. 37] |
| Respondents | |

Casimiro Venegas asks the court for an extension of time to file a reply to respondents' answer to the remaining claims in his *pro se* 28 U.S.C. § 2254 habeas corpus petition due to a large-scale transfer of inmates between Ely State Prison and High Desert State Prison.[1] Venegas explains that he was transferred to Ely about two weeks ago but has yet to receive any of his personal property, including legal materials. Respondents filed a non-opposition to the request.[2] Good cause appearing,

IT IS ORDERED that petitioner's unopposed motion for extension of time to file a reply to the answer **[ECF No. 37] is GRANTED**. **Venegas's deadline to file the reply is extended to November 25, 2024.**

_____
U.S. District Judge Jennifer A. Dorsey
September 27, 2024

---

[1] ECF No. 37.
[2] ECF No. 39.