# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Casimiro Venegas,

    Petitioner

v.

Warden Williams, *et al.*,

    Respondents

Case No.: 2:23-cv-00298-JAD-BNW

**Order Granting Extension of Time to Reply to Answer to January 15, 2025**

[ECF No. 42]

Casimiro Venegas asks the court for an extension of time to file a reply to respondents' answer to the remaining claims in his *pro se* 28 U.S.C. § 2254 habeas corpus petition.[1] A large-scale transfer of inmates between Ely State Prison and High Desert State Prison caused delays in the return of Venegas' personal property, including legal materials. Good cause appearing,

IT IS ORDERED that petitioner's motion for extension of time to file a reply to the answer **[ECF No. 42] is GRANTED** *nunc pro tunc* to November 25, 2024. **The deadline to file the reply is extended to January 15, 2025.**

_____
U.S. District Judge Jennifer A. Dorsey
December 10, 2024

---

[1] ECF No. 42.