# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Casimiro Venegas,

    Petitioner

v.

Warden Williams, *et al.*,

    Respondents

Case No.: 2:23-cv-00298-JAD-BNW

**Order Granting Extension of Time to Reply to Answer to March 15, 2025**

[ECF No. 44]

    Casimiro Venegas asks the court for an extension of time to file a reply to respondents' answer to the remaining claims in his *pro se* 28 U.S.C. § 2254 habeas corpus petition.[1] He states that his sister had helped him retain a lawyer who recently canceled a scheduled prison visit with him. Venegas, therefore, is now unsure of the status of that representation. Good cause appearing, IT IS ORDERED that petitioner's motion for extension of time to file a reply to the answer **[ECF No. 44] is GRANTED. The deadline to file the reply is extended to March 15, 2025. Absent extraordinary circumstances, it is highly unlikely that the court will grant any further extension of this deadline**.

                                                             _____
                                                       U.S. District Judge Jennifer A. Dorsey
                                       January 23, 2025, *nunc pro tunc* to January 15, 2025

---

[1] ECF No. 44.