# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Casimiro Venegas,

    Petitioner

v.

Warden Williams, *et al.*,

    Respondents

Case No.: 2:23-cv-00298-JAD-BNW

**Order Granting Extension of Time to Reply to Answer to May 20, 2025**

[ECF No. 46]

    Casimiro Venegas asks the court for an extension of time to file a reply to respondents' answer to the remaining claims in his *pro se* 28 U.S.C. § 2254 habeas corpus petition.[1] While not entirely clear, it appears that Venegas has determined that he cannot rely on counsel that he thought his sister had retained and whom he has been unable to contact. He now plans to file a reply *pro se*. Good cause appearing, the motion is granted. Venegas has been granted numerous extensions to file a reply. **This is the final extension that will be granted. The Court will not consider any further motions for extension of time. The Court also will not consider any reply that is filed after May 20, 2025**.

    IT IS ORDERED that petitioner's motion for extension of time to file a reply to the answer **[ECF No. 46] is GRANTED. The deadline to file the reply is extended one final time to May 20, 2025.**

                                                                       _____
                                                                     U.S. District Judge Jennifer A. Dorsey
                                                                                    April 21, 2025
                                                              nunc pro tunc to March 15, 2025

---

[1] ECF No. 46.