# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Casimiro Venegas,

    Petitioner

v.

Warden Williams, *et al.*,

    Respondents

Case No.: 2:23-cv-00298-JAD-BNW

**Order Denying Motions for Miscellaneous Relief**

[ECF Nos. 48, 49, 50]

    Casimiro Venegas has filed three motions in his *pro se* 28 U.S.C. § 2254 habeas corpus action with the apparent goal of getting the court to move faster in the resolution of his case. The court is well aware of Venegas's fully briefed petition and its status,[1] and it will be decided in due course. Venegas has sought and been granted numerous extensions of time to file his reply. The court has a high number of cases to adjudicate, and Venegas's continued filing of motions only serves to further delay a decision on the merits of his petition. Filing additional motions asking the court to rule on the petition will not make this case move any faster.

    IT IS THEREFORE ORDERED that petitioner's motion to answer remaining claims **[ECF No. 48]**, motion requesting relief **[ECF No. 49]**, and second motion requesting relief **[ECF No. 50] are DENIED**.

                                                                                            _____
                                                                           U.S. District Judge Jennifer A. Dorsey
                                                                                       August 20, 2025

---

[1] *See* answer at ECF No. 21, reply at ECF No. 48.