UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Casimiro Venegas, | Case No.: 2:23-cv-00298-JAD-BNW |
| Petitioner | |
| v. | **Order Granting Petitioner's Motion to Forfeit and Closing Case** |
| Warden Williams, *et al.*, | [ECF No. 52] |
| Respondents | |

*Pro se* 28 U.S.C. § 2254 petitioner Casimiro Venegas challenges his Clark County, Nevada conviction for numerous counts including attempted murder, robbery and battery with use of a deadly weapon,[1] arguing that his trial counsel was ineffective and that he was unfairly prejudiced by certain trial testimony.[2] Respondents have answered the remaining claims in Venegas's petition.[3]

Venegas has sought (and I have granted) numerous extensions of time to file a reply to the answer, but he's never filed one. His most recent filing is styled as a "motion to forfeit this case."[4] In it, he states: "I forfeit this appeal today."[5] So I construe his motion as a motion to voluntarily dismiss his petition, and I grant petitioner's motion and dismiss this case.

---

[1] ECF No. 7; Eighth Judicial District Court Case No. C-16-313118-1.
[2] ECF No. 7.
[3] ECF No. 21.
[4] ECF No. 52.
[5] *Id*. at 5.

IT IS THEREFORE ORDERED that petitioner's motion to forfeit this case **[ECF No. 52] is GRANTED**.  The petition is dismissed.  The Clerk of Court is directed to enter judgment accordingly and close this case.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 3, 2025